United States District Court
Southern District of Texas
**ENTERED**
June 12, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

PETHUM SUMUDU NADEESHA
AHELAPE GAMAGE,

     Plaintiff,

  v.

U.S. DEPARTMENT OF
HOMELAND SECURITY, *et al*.,

     Defendants.

§
§
§
§
§
§
§
§
§
§
§
§

CIVIL ACTION H-25-6228

**ORDER OF DISMISSAL**

On the plaintiff's notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims in this civil action are dismissed without prejudice. (Docket Entry No. 8). Each party is to bear its own costs, expenses, and attorneys' fees.

SIGNED on June 12, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge